IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| In Re:<br>Ben B. Parks, Jr.<br>Debtor | * Chapter 13<br>*<br>*<br>*<br>*<br>* 17- 30406<br>*<br>*<br>* BANKRUPTCY No. |

### DEBTOR'S PAYMENT ADVICES

Comes now, Ben B. Parks, Jr., Debtor in the above cause, and files the payments advices or other evidence of payment pursuant to 11 U.S.C. 521 (a)(1)(B)(iv).

Respectfully Submitted,

TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300

By: _____
Miguel Flores 24036574
Attorney for Tanzy & Borrego
Law Offices, P.L.L.C.

English ✓
Spanish ___
Other ___

| Joe & John Property Management LLC |||||||
|---|---|---|---|---|---|---|
| Month 7/2016 |||| Utilities ||
| Property | Rent | Balance | Ammt Paid | Due | Paid | |
| 2511 Sparkman #1 | $ 550.00 | ∅ | 550 1/7 | 210.— | 210.— | water text |
| 2511 Sparkman #2 | $ 450.00 | | empty | 1570.00 | 1570.00 | text |
| 2511 Sparkman #3 | $ 450.00 | | empty | | | |
| 2511 Sparkman #4 | $ 450.00 | | 450 | | | |
| 2511 Sparkman #5 | $ 550.00 | | 550 | | | |
| 2511 Sparkman #6 | $ 600.00 | | 600 1/7 | | | |
| 2511 Sparkman #7 | $ 600.00 | | 600 1/7 | | | |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 205 | 205.— | water sch |
| 6130 Lackland Ave. Side | $ 550.00 | | 550 1/7 | | | |
| 4737 Sierra Madre Front | $ 800.00 | | empty | | | |
| 4737 Sierra Madre Back | $ 650.00 | | 600 A | | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550 | | | |
| 2601 Porter | $ 700.00 | | empty | | | |
| 2534 Porter | $ 1,500.00 | 1500.00 | ∅ | | | sch |
| 3201 Alabama | $ 2,500.00 | 2500.— | ∅ | | | sch |
| 3210 Alabama | $ 500.00 | | 500 | | | |
| 2529 Idalia Front | $ 700.00 | | 700 | 77.15 | 77.15 | water |
| 2529 Idalia Back | $ 650.00 | | 650 | | | |

| Joe & John Property Management LLC ||||||
|---|---|---|---|---|---|
| Month 8/2014 |||| Utilities ||
| Property | Rent | Balance | Ammt Paid | Due | Paid |
| 2511 Sparkman #1 | $ 550.00 | | 550 | 245.00 | 245.00 |
| 2511 Sparkman #2 | $ 450.00 | | empty | 152 — | 150 — |
| 2511 Sparkman #3 | $ 450.00 | | empty | | |
| 2511 Sparkman #4 | $ 450.00 | | 450.00 | | |
| 2511 Sparkman #5 | $ 550.00 | | 550 — | | |
| 2511 Sparkman #6 | $ 600.00 | | 600.00 | | |
| 2511 Sparkman #7 | $ 600.00 | | 600.00 | | |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 235 | 235 |
| 6130 Lackland Ave. Side | $ 550.00 | | 550 — | | |
| 4737 Sierra Madre Front | $ 800.00 | | empty | | |
| 4737 Sierra Madre Back | $ 650.00 | $50 * | 700 | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550 — | | |
| 2601 Porter | $ 700.00 | | empty | | |
| 2534 Porter | $ 1,500.00 | | 1,500 | | |
| 3201 Alabama | $ 2,500.00 | | 2,500 | | |
| 3210 Alabama | $ 500.00 | | 500 | | |
| 2529 Idalia Front | $ 700.00 | | 700 | 69.00 | 69.00 |
| 2529 Idalia Back | $ 650.00 | | 650 | | |

| Joe & John Property Management LLC |||||||
|---|---|---|---|---|---|---|
| Month 9/2016 |||| Utilities ||
| Property | Rent | Balance | Ammt Paid | Due | Paid | |
| 2511 Sparkman #1 | $ 550.00 | | 550.00 | 215.00 | 215.00 | water gas |
| 2511 Sparkman #2 | $ 450.00 | | 450.00 | 152 | 152 | gas elec |
| 2511 Sparkman #3 | $ 450.00 | | 450.00 | | | |
| 2511 Sparkman #4 | $ 450.00 | | 450.00 | | | |
| 2511 Sparkman #5 | $ 550.00 | | 550 — | | | |
| 2511 Sparkman #6 | $ 600.00 | | $600.00 | | | |
| 2511 Sparkman #7 | $ 600.00 | $300 | $300 | | | Paid 1 week |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 130 | 130 | water gas elec |
| 6130 Lackland Ave. Side | $ 550.00 | | 550.00 | | | |
| 4737 Sierra Madre Front | $ 800.00 | | 800.00 | | | water |
| 4737 Sierra Madre Back | $ 650.00 | | empty | | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550.00 | | | |
| 2601 Porter | $ 700.00 | | 700.00 | | | |
| 2534 Porter | $ 1,500.00 | | 1500.00 | | | |
| 3201 Alabama | $ 2,500.00 | | 2500.00 | | | |
| 3210 Alabama | $ 500.00 | | 500.00 | | | |
| 2529 Idalia Front | $ 700.00 | | 700.00 | 79 | 79 | water |
| 2529 Idalia Back | $ 650.00 | | 650.00 | no other | | |

| Joe & John Property Management LLC | | | | | |
|---|---|---|---|---|---|
| Month 10/2016 | | | | Utilities | |
| Property | Rent | Balance | Ammt Paid | Due | Paid |
| 2511 Sparkman #1 | $ 550.00 | | 550 | 250 | 250 |
| 2511 Sparkman #2 | $ 450.00 | | 450 | 150 | 150 |
| 2511 Sparkman #3 | $ 450.00 | | 450 | | |
| 2511 Sparkman #4 | $ 450.00 | | 450 | | |
| 2511 Sparkman #5 | $ 550.00 | | 550 - | | |
| 2511 Sparkman #6 | $ 600.00 | | 600 | | |
| 2511 Sparkman #7 | $ 600.00 | | 600 · | | |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 100 | 100 |
| 6130 Lackland Ave. Side | $ 550.00 | | 550 | | |
| 4737 Sierra Madre Front | $ 800.00 | | 800 ~ | | |
| 4737 Sierra Madre Back | $ 650.00 | | empty | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550 | | |
| 2601 Porter | $ 700.00 | | 700.00 | | |
| 2534 Porter | $ 1,500.00 | | ∅ | | |
| 3201 Alabama | $ 2,500.00 | | ∅ | | |
| 3210 Alabama | $ 500.00 | | 500 - | | |
| 2529 Idalia Front | $ 700.00 | | 700 - | 109 | 109 |
| 2529 Idalia Back | $ 650.00 | | 650 | | |

## Joe & John Property Management LLC

Month 11/2016

| Property | Rent | Balance | Ammt Paid | Utilities Due | Utilities Paid | |
|---|---|---|---|---|---|---|
| 2511 Sparkman #1 | $ 550.00 | | 550 | 230 | 230 | water box |
| 2511 Sparkman #2 | $ 450.00 | | 450 | 180.00 | 180.00 | trash |
| 2511 Sparkman #3 | $ 450.00 | | 450 | | | |
| 2511 Sparkman #4 | $ 450.00 | | 450 | | | |
| 2511 Sparkman #5 | $ 550.00 | | 550 | | | |
| 2511 Sparkman #6 | $ 600.00 | | 600 | | | |
| 2511 Sparkman #7 | $ 600.00 | | 600 | | | |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 126.00 | 126.00 | |
| 6130 Lackland Ave. Side | $ 550.00 | | 550 | | | water city |
| 4737 Sierra Madre Front | $ 800.00 | | 800 | | | |
| 4737 Sierra Madre Back | $ 650.00 | | empty | 59 — | 59 — | water |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550 | | | |
| 2601 Porter | $ 700.00 | | 700.00 | | | |
| 2534 Porter | $ 1,500.00 | 1500 — | ¢ | | | |
| 3201 Alabama | $ 2,500.00 | 2500 — | ¢ | | | |
| 3210 Alabama | $ 500.00 | | 500 — | | | |
| 2529 Idalia Front | $ 700.00 | | 700 | 59 | 59 — | water |
| 2529 Idalia Back | $ 650.00 | | 650 | | | |

## Joe & John Property Management LLC

Month 12/2016

| Property | Rent | Balance | Ammt Paid | Utilities Due | Utilities Paid | |
|---|---|---|---|---|---|---|
| 2511 Sparkman #1 | $ 550.00 | | 550.00 | 29¢ | 29¢ | with one panel pain |
| 2511 Sparkman #2 | $ 450.00 | | 450.00 | 152 | 152 | |
| 2511 Sparkman #3 | $ 450.00 | | 450.00 | | | |
| 2511 Sparkman #4 | $ 450.00 | | 450 - | | | |
| 2511 Sparkman #5 | $ 550.00 | | 550. | | | |
| 2511 Sparkman #6 | $ 600.00 | | 550 | | | |
| 2511 Sparkman #7 | $ 600.00 | | 600 | | | |
| 6130 Lackland Ave. Front | $ 700.00 | | empty | 145.- | 145.00 | with gas etc |
| 6130 Lackland Ave. Side | $ 550.00 | | empty | | | will next month |
| 4737 Sierra Madre Front | $ 800.00 | | 700.00 | | | |
| 4737 Sierra Madre Back | $ 650.00 | | empty | 101.00 | 101.- | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550 | | | |
| 2601 Porter | $ 700.00 | | 700 | | | |
| 2534 Porter | $ 1,500.00 | 3000 | ¢ | | | |
| 3201 Alabama | $ 2,500.00 | 5000 | ¢ | | | |
| 3210 Alabama | $ 500.00 | | 500.00 | | | |
| 2529 Idalia Front | $ 700.00 | | 700 - | 96.53 | 96.53 | water |
| 2529 Idalia Back | $ 650.00 | | 650 - | | | |

| Joe & John Property Management LLC |||||||
|---|---|---|---|---|---|---|
| Month 1/2017 |||| Utilities ||
| Property | Rent | Balance | Ammt Paid | Due | Paid | |
| 2511 Sparkman #1 | $ 550.00 | | 550.00 | 305 | 305— | water Gas Trash |
| 2511 Sparkman #2 | $ 450.00 | | 450.00 | 150 | 150— | |
| 2511 Sparkman #3 | $ 450.00 | | 450.00 | | | |
| 2511 Sparkman #4 | $ 450.00 | | 450.00 | | | |
| 2511 Sparkman #5 | $ 550.00 | | 550.00 | | | |
| 2511 Sparkman #6 | $ 600.00 | | 600.00 | | | move |
| 2511 Sparkman #7 | $ 600.00 | | empty | | | |
| 6130 Lackland Ave. Front | $ 700.00 | | waiting for VA code | 133.00 | 133.00 | water city trash |
| 6130 Lackland Ave. Side | $ 550.00 | | empty | | | |
| 4737 Sierra Madre Front | $ 800.00 | 100 | 700 | 109.00 | 109.00 | water |
| 4737 Sierra Madre Back | $ 650.00 | | 650 | | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550. | | | |
| 2601 Porter | $ 700.00 | | 700 | | | |
| 2534 Porter | $ 1,500.00 | 4500 | ∅ | | | sch.. |
| 3201 Alabama | $ 2,500.00 | 7500 | ∅ | | | sch.. |
| 3210 Alabama | $ 500.00 | | 500.00 | | | |
| 2529 Idalia Front | $ 700.00 | | 700.00 | 79.00 | 79.00 | water |
| 2529 Idalia Back | $ 650.00 | | 650.— | | | |

| Joe & John Property Management LLC ||||||
|---|---|---|---|---|---|
| Month 2/2017 |||| Utilities ||
| Property | Rent | Balance | Ammt Paid | Due | Paid |
| 2511 Sparkman #1 | $ 550.00 | | 550.00 | 315 | 315 |
| 2511 Sparkman #2 | $ 450.00 | | 450.00 | 150 | 150 |
| 2511 Sparkman #3 | $ 450.00 | | 450.00 | | |
| 2511 Sparkman #4 | $ 450.00 | | 450 | | |
| 2511 Sparkman #5 | $ 550.00 | | 550.00 | | |
| 2511 Sparkman #6 | $ 600.00 | | empty | | |
| 2511 Sparkman #7 | $ 600.00 | | empty | | |
| 6130 Lackland Ave. Front | $ 700.00 | 700.00 | ¢ | 214.35 | 214.35 |
| 6130 Lackland Ave. Side | $ 550.00 | | 550.00 | | |
| 4737 Sierra Madre Front | $ 800.00 | | 800.00 | 115 | 115 |
| 4737 Sierra Madre Back | $ 650.00 | | 650.00 | | |
| 10000 CARIBOU (HUD) | $ 550.00 | | 550.00 | | |
| 2601 Porter | $ 700.00 | | 700.00 | | |
| 2534 Porter | $ 1,500.00 | 6,000 | | | |
| 3201 Alabama | $ 2,500.00 | $ 10,000 | | | |
| 3210 Alabama | $ 500.00 | | 500.00 | | |
| 2529 Idalia Front | $ 700.00 | | 700.00 | 137 | 137— |
| 2529 Idalia Back | $ 650.00 | | 650.00 | | |

| 3 Coachmen Logistics LLC, 3201 Alabama St. El Paso Texas 79930 | | | | EARNINGS STATEMENT | | |
|---|---|---|---|---|---|---|
| **EMPLOYEE NAME** | | **SOCIAL SEC.ID** | **EMPLOYEE ID** | **CHECK No.** | **PAY PERIOD** | **PAY DATE** |
| Ben Babe Parks Jr. | | XXX-XX-3758 | 003758 | 074423 | 03/02/17-03/08/17 | 03/10/17 |
| **INCOME** RATE | HOURS | CURRENT TOTAL | **DEDUCTIONS** | CURRENT TOTAL | | YEAR-TO-DATE |
| GROSS WAGES | | 1,461.54 | FICA MED TAX | 0.00 | | 0.00 |
| | | | FICA SS TAX | 0.00 | | 0.00 |
| | | | FED TAX | 0.00 | | 0.00 |
| **YTD GROSS** 14,615.38 | **YTD DEDUCTIONS** 0.00 | **YTD NET PAY** 14,615.38 | **TOTAL** 1,461.54 | **DEDUCTIONS** 0.00 | | **NET PAY** 1,461.54 |

| 3 Coachmen Logistics LLC, 3201 Alabama St. El Paso Texas 79930 | | | | | EARNINGS STATEMENT | |
|---|---|---|---|---|---|---|
| EMPLOYEE NAME | SOCIAL SEC.ID | | EMPLOYEE ID | CHECK No. | PAY PERIOD | PAY DATE |
| Ben Babe Parks Jr | XXX-XX-3758 | | 003758 | 074387 | 02/23/17-03/01/17 | 03/03/17 |
| INCOME | RATE | HOURS | CURRENT TOTAL | DEDUCTIONS | CURRENT TOTAL | YEAR-TO-DATE |
| GROSS WAGES | | | 1,461.54 | FICA MED TAX | 0.00 | 0.00 |
| | | | | FICA SS TAX | 0.00 | 0.00 |
| | | | | FED TAX | 0.00 | 0.00 |
| YTD GROSS 13,153.85 | YTD DEDUCTIONS 0.00 | | YTD NET PAY 13,153.85 | TOTAL 1,461.54 | DEDUCTIONS 0.00 | NET PAY 1,461.54 |

3 Coachmen Logistics LLC, 3201 Alabama St. El Paso Texas 79930

# EARNINGS STATEMENT

| EMPLOYEE NAME | | | SOCIAL SEC.ID | EMPLOYEE ID | CHECK No. | PAY PERIOD | PAY DATE |
|---|---|---|---|---|---|---|---|
| Ben Babe Parks Jr. | | | XXX-XX-3758 | 003758 | 074297 | 02/16/17-02/22/17 | 02/24/17 |
| INCOME | RATE | HOURS | CURRENT TOTAL | DEDUCTIONS | | CURRENT TOTAL | YEAR-TO-DATE |
| GROSS WAGES | | | 1,461.54 | FICA MED TAX | | 0.00 | 0.00 |
| | | | | FICA SS TAX | | 0.00 | 0.00 |
| | | | | FED TAX | | 0.00 | 0.00 |

| YTD GROSS | YTD DEDUCTIONS | YTD NET PAY | TOTAL | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 11,692.31 | 0.00 | 11,692.31 | 1,461.54 | 0.00 | 1,461.54 |